**Motion Granted; Order filed May 1, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01015-CV

_____

## CHARLES KENNEBREW, SR. AND ELITE PROTECTIVE SERVICES, LLC, Appellants

### V.

## MICHAEL R. HARRIS, Appellee

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-09593**

## ORDER

This is an appeal from a judgment signed August 9, 2012. On March 28, 2013, this court issued a temporary stay of enforcement of the final judgment signed August 9, 2012, in trial court cause number 2010-09593, styled *Michael R. Harris v. Charles Kennebrew, Sr., and Elite Protective Services, LLC*, in the 125th District Court in Harris County, Texas.

On March 11, 2014, appellee filed a motion to lift this court's stay. The

motion is granted. Accordingly, the stay order issued by this Court on March 28, 2013, in trial court cause number 2010-09593, styled *Michael R. Harris v. Charles Kennebrew, Sr., and Elite Protective Services, LLC*, in the 125th District Court in Harris County, Texas, is lifted.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.